# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DIRECT STEEL, LLC,

    *Petitioner*,

v.

MID-CONTINENT CASUALTY CO., OKLAHOMA SURETY, and TRI-C CIVIL CONSTRUCTION, LLC,

    *Respondents*.

No. 24 C 1239

Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)
    which ☐ includes pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Respondent(s), MID-CONTINENT CASUALTY CO., OKLAHOMA SURETY, and TRI-C CIVIL CONSTRUCTION, LLC

    and against Petitioner(s) DIRECT STEEL, LLC
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other: The Court denied Direct Steel's petition to vacate the arbitration award in part and confirmed the award as to Respondents Oklahoma Surety Company and Mid-Continent Casualty Company.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall on a Petition to Confirm in Part and Vacate in Part Arbitration Award.

Date: 7/31/2024                          Thomas G. Bruton, Clerk of Court

                                                     /s/Lynn Kandziora , Deputy Clerk